This is a new piece for you. It's a patient health solution. I'm just going to show you how it's done. It's a simple solution. It's a little hard to hear. It just suggests it's not a necessary thing. You see people who are near-consisting to be in a serious condition. The first error is people who are in a highly sensitive condition. That is, this is a reduction-based solution. The question is, is Concentric's cure addressed? You see, look at me in Virginia. I'm a subsistence, or a generation, of that. If you see me, or a patient, or such, in Virginia, I don't know why. If you go to the nurses' advice page, Concentric's advice will tell you why. What do you see when you go to the nursing services? This was a repetition decision. Your role there was to call you. There's a lot of studies that use it to see whether your situation is set. I'm also a primary nurse. There's a lot of studies that use it in engineering. It's a journey that's taking us. And I really need to be able to explain that to you. It's the essence of the solution, which really works. I know there's several of you. I know that I have to set rules for nursing. This is not the same. This is something that our administration, you know, she's certainly making decisions. She's making requests. She's making decisions. She's a person that is very ministerial. She's a sphere of religion. She's not a slave. She's doing her own thing. She's making decisions of her own. And she's making a lot of decisions. And she's being structured very uniquely for us as a organism. I'm sure you're imbued. But what we're also hearing out there is from her own personality, it's clear that she's very superior to the students when she's doing it. Well, she's doing it. She's doing it because she's an engineer. She's doing it because she's a publicist. She's doing it because she's a nurse. She's doing it because she's a nurse. She's doing it because she's a nurse. There's a lot of different things that she does in the seminary or according to the students. As far as the discretion to make decisions, I think it's one of the most rigorous. She has to be able to remember what's important. We have a nurse who is reported for being a judge or there's some commentary on her. She also walks home and says, Now, you know, she's an engineer. She's an engineer. She's very clear. She's an expert. She's an engineer. She's an engineer. She's an engineer. She's an engineer. There are three laws to the industry and consumption. You are not going to see a certain piece, you will see properties in the industry and consumption without the administrative or production-based decision. And second, it goes to a hand-held and independent judgment of the jury or a substitute. So, you and second, what are the temperatures of what they were done, so it's an industry and consumption. In many areas, there were no issues of judgment. Under my example, the trial court judge is not a judge, or she's not a judge. Okay. And also, when you go out and talk to her, she calls clients, she brings up enemies, she makes them see as enemies. This is the first time I've ever seen that. So, she was an emergency commissioner. So, you're actually talking about a student. So, you're talking about a student. So, you should take that student and give her information, and it's always good for the community, so that she knows what's in her service. So, I don't know. She was a district. We'll explain more in the next hearing at the same time. Jim? I just want to say that she's a district as well. But then, you know, there's not as much of a sense, because you're just looking at the commercial commissioning and all the rest of it. As far as the percentage of cases, you're not going to be covering any regulatory agencies, and so speaking of qualifications, what's also being required by the law is that you're speaking to an agency, for instance, in the event of an emergency, or if you're in an emergency, you're going to be giving your experience. So, I just want to say that she's in a district setting, and so, I don't know. I mean, the facts of it might not speak for itself, but as far as we understand, she was a senior in Virginia, and I think that's sort of promising. So, I just want to say that she's in a district. I think that's also important, you know, those steps are in their staff position. It's a bit slow in applying, you know, because this is the trial court, and this is a commission-based position. And did you employ her? I have some earphones for the committee, but I think that that's useful. I think that's really helpful. I think that's a question that needs to be asked. Yeah, that's a good question. I'm in the same business as Penny, so I'm a little more on the men's issue, and I'll be able to answer that one. I'm doing that. That was a good answer, and it's very clear on the cost versus user. I understand this. Is there any element of the employee's budget that goes to a large, a very large employee's budget that is a production-based activity? That's a good answer. It may be, when the deduction in HR functions indicates that the second factor is really not very strong, and you're going to be stuck with what are user and discretionary functions of third factor. It's very hard to do on that second factor when you have these HR functions like appointment by the technology department or service registry that drags you to regulations where it gives you samples and uses human resources to test your agency's human resources. And just because some of these are generally under the umbrella of human resources, it's not part of the intervention that you guys are in. It's actually part of the intervention that you guys are in. For example, the first thing is large industry interactions. Two to three are regarding the role of health justice in terms of protecting your agency by virtue of being a charity. And that's the way you decide how you're going to be seen as a discretionary agency. It is what you have to comply with. And what we're really talking about during the intervention in social and agency studies was the recruiters and the students. There was a group of people who complied with the HR function for the client and accepted the areas. They did the chart screenings and all those things. Some people are usually they were on the ground speaking words, receiving phone calls, basically putting the products in front of the consumers face. In that regard, I would say it's very hard for us to separate them from each other. So you're starting from the beginning and searching with large agencies and agencies. There was only one reason. It's about coordinating. That's all that we did. That's what we were going to do. It wasn't that we were going to intentionally try to change this. It's simply that we didn't know where it ended. It just fluctuated. It's funny. I think you heard it all. There's a lot of work that's going on with the individual advisors in general. And I think that it's a great situation and a great thing in terms of geography. And this house offers higher pay and it's basically all you can do is you can actually look for people who are struggling with certain stuff. But there's no way to find them. There's no way to communicate in person. It's just such a great city event. And by the way, I was in New Orleans earlier today. And people said it's an hour's walk to where we've been going and it's an hour's walk to where we've been going. So it feels like there are a lot of people out there that we believe in Twitter, Instagram,  and you know they're really thinking about where you guys      of your mind there.   do have a relationship that's kind of narrative oriented where you find people who are cool and special or grow and be a little bit more       supportive person. But  not really going to say that that's true. I'm not going to say that that's true. I'm not going to say that  not true. So no, I could never have ever heard that word before. I think it's important for men who are used to be all over the board with cases that relate to staffing agencies in high school centers are not all over the board. It seems true that I have no reason to be in this position in this case because in majority cases, such as the cases of children in that center, there are requirements that relate to staffing agencies   center. I think it's important for  staffing agency that has every one case versus every one case that has every one case that has every one case that has every one  that has every one case that has every one case that has ever happened to a child in a facility that was hoped to have happened to a resident in a family that is supposed to be treated in a hospital that is supposed to be treated in a family that is supposed to be treated in a hospital that is supposed to be treated in a family that is supposed to be  in a family that is  to be treated in a family that is supposed to be treated in a family that is supposed to be in a   is supposed to be in a family that  supposed to be in a family that is supposed to be in a family that is supposed to be living in a   is supposed to live in a child that is supposed to live in a family live in a family that live  a family that is
judges: Bea, Ikuta, Restani